No. 88–2119. MEYER ET AL. v. BARNES ET AL. C. A. 8th Cir. Certiorari denied.

No. 88–2120. MERRILL ET AL. v. AUGUST. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 88–2121. FASSLER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 88–2124. DeLEON ET UX. v. ST. JOSEPH HOSPITAL, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 88–2125. McDONALD, TRUSTEE OF LOYER EDUCATIONAL TRUST v. WAYNE COUNTY ROAD COMMISSION ET AL. Ct. App. Mich. Certiorari denied.

No. 88–2126. COLLINS ET AL. v. LaFLEUR; and
No. 89–164. BO-MICK CONSTRUCTION CO., INC. v. LaFLEUR. Sup. Ct. La. Certiorari denied. Reported below: 540 So. 2d 323.

No. 88–2127. VAHLSING v. MAINE. Sup. Jud. Ct. Me. Certiorari denied.

No. 88–2128. DAVIS ET AL. v. TENNESSEE DEPARTMENT OF EMPLOYMENT SECURITY ET AL. C. A. 6th Cir. Certiorari denied.

No. 88–2131. GEORGIA v. SMITH. Sup. Ct. Ga. Certiorari denied.

No. 88–2132. LOCAL UNION NO. 5741, UNITED MINE WORKERS OF AMERICA v. NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied.

No. 88–2135. AVINGER v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 88–2136. BARROW v. REED ET AL. C. A. 11th Cir. Certiorari denied.

No. 88–2138. GRAY, FKA HEFFRON v. ROTH, FIDUCIARY OF THE ESTATE OF HEFFRON. Ct. App. Iowa. Certiorari denied.